# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WADIELNIL FOR TOURISTIC INVESTMENTS, AS OWNER OF THE M/Y SUZANNA 1, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.: 4:20-cv-80 |

## ORDER DIRECTING ISSUANCE OF NOTICE
## AND RESTRAINING ACTIONS AGAINST PLAINTIFF

A Verified Complaint having been filed on April 21, 2020 by WadiElNil For Touristic Investments ("Plaintiff"), as owner of the M/Y SUZANNA 1, claiming exoneration from or the benefit of limitation of liability as provided by the revised statutes of the United States and the various statutes supplementary to and amendatory thereof and/or applicable foreign law, for all losses, damages, injuries and death or destruction allegedly resulting from a fire onboard the M/Y SUZANNA 1 referred to in the foregoing Complaint which occurred on or about November 1, 2019, in the Red Sea within the territorial waters of Egypt;

And the Plaintiff having filed an Ad Interim Stipulation and security required by this Court's Order of April 23, 2020;

NOW, THEREFORE, on Motion of Bouhan Falligant LLP, attorneys for Plaintiff WadiElNil For Touristic Investments, owner of the M/Y SUZANNA 1;

IT IS ORDERED that a Notice issue out of and under the seal of this Court admonishing all persons asserting claims for any and all losses, damages, injuries or destruction allegedly resulting from or incident to the occurrences and happenings recited in Plaintiff's Complaint to file their respective claims with the Clerk of this Court and serve them on Todd M. Baiad of

Bouhan Falligant LLP, as attorneys for the Plaintiff at the address of One West Park Avenue (31401), Post Office Box 2139, Savannah, Georgia 31402-2139 no later than **June 22, 2020**, or else be defaulted.

IT IS FURTHER ORDERED that Plaintiff is to publish the Notice in the Savannah Morning News once a week for four consecutive weeks prior to the date fixed for the filing of claims;

AND THE PLAINTIFF IS ALSO ORDERED, not later than the day of second publication, to mail a copy of the Notice to every person known to have made any claim against the Vessel or the Plaintiff arising out of the voyage on which the claims sought to be limited arose.

IT IS FURTHER ORDERED that, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, all claims and proceedings against the Plaintiff or the Plaintiff's property, in any court whatsoever, with respect to the matter in question, except in this proceeding for exoneration from or limitation of liability, shall cease and the Court hereby stays and restrains the further prosecution of any action or proceeding, except in this proceeding for exoneration from or limitation of liability, against the Plaintiff or the Plaintiff's property with respect to any claim subject to limitation in the action. Fed. R. Civ. P. Supp. R. F(3).

**SO ORDERED**, this 23rd day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA