IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WADIELNIL FOR TOURISTIC INVESTMENTS, AS OWNER OF THE M/Y SUZANNA 1, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.: 4:20-cv-80 |

## NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**(Filed April 23, 2020)**

NOTICE IS GIVEN that a Complaint was filed in the United States District Court for the Southern District of Georgia on April 21, 2020 by WadiElNil For Touristic Investments, owner of the M/Y SUZANNA 1, praying for exoneration from or limitation of liability pursuant to title 46 U.S.C. § 30505 on account of a fire that occurred onboard the vessel in the Red Sea off the coast of Egypt on or about November 1, 2019. The Plaintiff has filed an undertaking for security and release of the vessel in the amount of $28,150.00, plus costs and interest for the benefit of all claimants in the proceedings.

All persons asserting claims for any and all losses, damages, injuries or destruction allegedly resulting from or incident to the occurrences and happenings recited in Plaintiff's Complaint must file their respective claims, in accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court and serve a copy thereof on Todd M. Baiad of Bouhan Falligant LLP, as attorneys for the Plaintiff, at the address of One West Park Avenue (31401), Post Office Box 2139, Savannah, Georgia 31402-2139 no later than **June 22, 2020**, or else be defaulted.

Any claimant desiring to contest the Plaintiff's right to exoneration from or the right to limitation of liability shall file and serve an answer to the Complaint unless his claim has included an answer.

This 23rd day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA