IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WADIELNIL FOR TOURISTIC INVESTMENTS, AS OWNER OF THE M/Y SUZANNA 1, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.: 4:20-cv-80 |

**ORDER FOR AD INTERIM STIPULATION FOR VALUE**

A Verified Complaint for Exoneration From or Limitation of Liability having been filed by WadiElNil For Touristic Investments, ("Plaintiff") as owner of the M/Y SUZANNA 1 ("Vessel"), and Plaintiff having prayed to file an Ad Interim Stipulation for the value of its interest in the Vessel and her pending freight, and it appearing from the Affidavit of H. David Scott and the Declaration of David Alexander Home, that upon conclusion of the voyage on which the M/Y SUZANNA 1 was proceeding at the time of the event referred to in the Complaint, its value and the value of its pending freight did not exceed the sum of Twenty-Eight Thousand One Hundred and Fifty Dollars and 0/100 cents ($28,150.00);

NOW, on Motion of Bouhan Falligant LLP, attorneys for Plaintiff, it is hereby **ORDERED** that the Plaintiff file herein an Ad Interim Stipulation in the form of a Letter of Undertaking given by the Shipowners' Mutual Protection and Indemnity Association, in the sum of **$28,150**, such sum representing the pending freight and interest at 6% per annum from the date hereof;

FURTHER ORDERED that any claimant in these proceedings may, at any time, signify, by written notice filed with the Court and served upon parties of record, its dissatisfaction with the Shipowners' Mutual Protection and Indemnity Association as surety herein.  In the event of such notice, Plaintiff shall, within ten (10) business days of the receipt thereof, cause security to be

posted in such form as may be approved by this Court, and the Court will make such further orders as the justice of the cause may require; and, it is

FURTHER ORDERED that the Court, upon Motion, shall cause due appraisement of the value of Plaintiff's interest in the Vessel and her pending freight at the conclusion of the voyage and may order security increased or reduced if it finds the amount insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds such an order is necessary to carry out the provisions of 46 U.S.C. § 30505, as amended, in respect of loss of life or bodily injury.

**SO ORDERED**, this 23rd day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA