# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) <br> COMPLAINT OF WADIELNIL ) <br> FOR TOURISTIC ) <br> INVESTMENTS, AS OWNER OF ) <br> THE M/Y SUZANNA 1, FOR ) <br> EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY, ) | CV420-080 |

## ORDER

Pursuant to Local Rule 26.1(b) and Federal Rule of Civil Procedure 26(f), the Court directed the parties to participate in a Rule 26(f) Conference and submit a report outlining a proposed discovery plan. Doc. 3. The filed Rule 26(f) Report included an informal request by the parties to stay discovery until such time as the pending motion to dismiss is resolved. Doc. 21 at 4 & 6. Such a request should be made by means of a formal motion. *See In re Unsolicited Letters to Federal Judges*, 120 F.Supp.2d 1073, 1074 (S.D. Ga. 2000) ("Put another way, if a litigant seeks judicial action of any sort . . ., it must be contained within a motion arising from a properly filed lawsuit."); see also Fed. R. Civ. Pro. 7(b)(1) ("A request for a court order must be made by motion."). As such, should the parties desire a stay of discovery, they are **DIRECTED** to file a motion

requesting such.

**SO ORDERED**, this 25th day of August, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA