# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WADIELNIL FOR TOURISTIC INVESTMENTS, AS OWNER OF THE M/Y SUZANNA 1, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | CIVIL ACTION NO.: 4:20-cv-80 |

## O R D E R

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed on January 15, 2021 by counsel for all parties who have appeared in this case. (Doc. 40.) Therein, the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 25th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA